JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JONI RINCON, an individual,

Plaintiff,

vs.

JONES LANG LaSALLE AMERICAS, INC, and DOES 1 to 30, inclusive,

Defendants.

Case No: 2:26-cv-00005-RAO

*Magistrate: Hon. Rozella A. Oliver*

**~~[PROPOSED]~~ ORDER**

Having considered the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 09/25/2026

By: Rozella A. Oliver

Hon Rozella A. Oliver United States Magistrate Judge